IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RODERICK MCKISSICK** : | |
| : | |
| **Plaintiff** : | |
| : | |
| VS. : | CIVIL NO. 5:11-CV-364-MTT-CHW |
| : | |
| Commissioner **BRIAN OWENS** and : | |
| Governor **NATHAN DEAL,** : | |
| : | |
| **Defendants** : | |

### ORDER

Plaintiff **RODERICK MCKISSICK,** an inmate at Smith State Prison in Glennville, Georgia, previously filed a *pro se* civil rights complaint in this Court. After conducting an initial review, as required by 28 U.S.C. § 1915A(b), this Court dismissed Plaintiff's Complaint without prejudice for failure to state claim. Judgment was entered on October 13, 2011. Plaintiff has now filed an Amended Complaint [Doc. 12] and a Motion for Preliminary Injunction [Doc. 13] in this case.

However, because judgment has been entered, Plaintiff no longer has an active case in this Court. Thus, if Plaintiff wishes to purse the claims included in his Amended Complaint or otherwise seek injunctive relief, he must file his Complaint as a new action and either pay the required filing fee or otherwise seek leave to proceed *in forma pauperis*. Plaintiff's Amended Complaint and Motion in the present action are accordingly **DISMISSED**.

**SO ORDERED**, this 18th day of January, 2012.

        S/ Marc T. Treadwell
        MARC T. TREADWELL, JUDGE
        UNITED STATES DISTRICT COURT

jlr